**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 05-1070**

———————————

BIG BEAR MINING COMPANY,

                                        Petitioner,

        versus

GLEN R. LAXTON; DIRECTOR, OFFICE OF WORKERS'
COMPENSATION PROGRAMS,

                                        Respondents.

———————————

On Petition for Review of an Order of the Benefits Review Board.
(04-154-BLA)

———————————

Submitted:  June 25, 2007          Decided:  July 30, 2007

———————————

Before MICHAEL, KING, and DUNCAN, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Ashley M. Harman, William S. Mattingly, JACKSON KELLY PLLC,
Morgantown, West Virginia, for Petitioner.  Frederick K. Muth,
HENSLEY, MUTH, GARTON & HAYES, Bluefield, West Virginia; Howard M.
Radzely, Solicitor of Labor, Donald S. Shire, Associate Solicitor,
Christian P. Barber, Helen H. Cox, UNITED STATES DEPARTMENT OF
LABOR, Washington, D.C., for Respondents.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Big Bear Mining Company seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's award of black lung benefits pursuant to 30 U.S.C. §§ 901-945 (2000).  Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error.  Accordingly, we affirm for the reasons stated by the Board.  Laxton v. Big Bear Mining Co., BRB No. 04-0154-BLA (Nov. 16, 2004).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED